# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS E. VELASQUEZ, | Case No. 1:18-cv-00159-SKO |
| Plaintiff, | ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (Doc. 9) |
| Defendant. | |

On January 26, 2018, Plaintiff, represented by counsel and proceeding *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of his application for benefits. (*Id*.)

On June 7, 2018, the parties filed a "Stipulation for Extension of Time to File and Serve Record." (Doc. 9.) In the Stipulation, the parties request that the deadline to file and serve the administrative record be extended to July 6, 2018, on grounds that the "U.S Attorney's Office has not received a copy" of the record. (*Id*. at 1.)

///
///
///
///

1     Good cause for the extension having been shown (*see* Fed. R. Civ. P. 16(b)(4)), the Court hereby GRANTS the Stipulation. Accordingly, it is HEREBY ORDERED the Commissioner shall file and serve a certified copy of the administrative record by July 6, 2018.

IT IS SO ORDERED.

Dated:   **June 11, 2018**            /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE